1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   KEVIN J. BARRY (CABN 229748)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California  94102
        Telephone:     (415) 436-7200
7       Facsimile:     (415) 436-7234
        Email: kevin.barry@usdoj.gov
8

9   Attorneys for Plaintiff

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15   UNITED STATES OF AMERICA,        )   CR No. 12-mj-70419 MAG
                                       )
16            Plaintiff,               )
                                       )
17        v.                           )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER CHANGING HEARING DATE**
18   MICHAEL EARL PETTIS,              )   **AND EXTENDING TIME LIMITS OF**
                                       )   **RULE 5.1(c)**
19            Defendant.               )
                                       )
20   _____)

21        On April 23, 2012, the parties in this case appeared before the Court for a detention

22   hearing.  At that time, the Court set the date for a preliminary hearing / arraignment for May 4,

23   2012, and extended the time limits provided by Federal Rule of Criminal Procedure 5.1(c).

24   Pursuant to Rule 5.1(d), the defendant consented to this extension of time, and the parties

25   represented that good cause exists for this extension, including the effective preparation of

26   counsel.

27        The parties hereby stipulate to move the May 4, 2012 preliminary hearing / arraignment

28   to May 18, 2012, and further request to extend the time limits provided by Federal Rule of

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXTENDING TIME LIMITS
CR 12-MJ-70419 MAG

Criminal Procedure 5.1(c).  Pursuant to Rule 5.1(d), the defendant consents to this extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: May 3, 2012 _____/s/_____
KEVIN J. BARRY
Assistant United States Attorney

DATED: May 3, 2012 _____/s/_____
BRENDAN CONROY
Attorney for MICHAEL EARL PETTIS

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court moves the May 4, 2012 preliminary hearing / arraignment to May 18, 2012, and finds that the extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from May 4, 2012, through May 18, 2012, is warranted and that the ends of justice served by the continuance under Rule 5.1 outweigh the interests of the public and the defendant in the prompt disposition of this criminal case.

IT IS SO ORDERED.

DATED:__5/3/12_____                _____
THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge